UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Chapter 7

Donald M. Cotter and Julie F. Cotter                           Case No. 12-71025-reg

                                                                  ORDER
-------------------------------------------------------------X

       Donald M. Cotter and Julie F. Cotter, (Debtor) by their attorneys, Macco & Stern, LLP, having moved this Court pursuant to a Notice of Motion dated June 12, 2012 seeking an Order to reopen Chapter 7 case pursuant to 11 U.S.C. Section 350(b); to amend Schedule C and seeking an Order pursuant to 11 USC §522(f), avoiding the Judicial Liens filed against the debtors' real property located at 110 Bay Drive East, Huntington, New York 11743 by Capital One Bank USA NA and American Express Centurion Bank and no opposition having been filed with the Court and the Court having found that the judicial liens above mentioned impair the debtors Homestead Exemption and sufficient cause having been shown, it is

       ORDERED, that the this Chapter 7 case is reopened and upon the reopening the filing fee is waived, and it is further

       ORDERED, that the judicial lien of Capital One Bank USA NA perfected December 9, 2011 in the sum of $3,384.59 is hereby vacated, expunged and avoided, and it is further

       ORDERED, that the judicial lien of Capital One Bank USA NA perfected November 15, 2011 in the sum of $10,376.47 is hereby vacated, expunged and avoided, and it is further

ORDERED, that the judicial lien of American Express Centurion Bank perfected March 7, 2011 in the amount of $18,549.58 is hereby vacated, expunged and avoided, and it is further

ORDERED, that the County Clerk of the Suffolk Court in which the Debtor resides be, and is hereby directed, to index and record a certified copy of this Order as an instrument vacating, expunging, and avoiding the aforementioned judicial liens.



**Dated: Central Islip, New York**  
     **July 18, 2012**

**Robert E. Grossman**  
**United States Bankruptcy Judge**